**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA ELENA MEAZZO, | Case No. CV-17-8436-R |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC; and, DOES 1 through 10, inclusive, | |
| Defendant, | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated June 5, 2018

MANUEL L. REAL
United States District Judge